# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    James A Torti | ) | Under Chapter 13 |
| | ) | |
|    Barbara A Torti | ) | |
| | ) | Bk. No: 17-31610 |
|    Debtor(s) | ) | |

**TRUSTEE'S RECOMMENDATION TO CONFIRM AMENDED PLAN NUMBER ONE**

  The undersigned Trustee has examined the plan submitted by the above-named debtor(s), filed under the provisions of Chapter 13 of the United States Bankruptcy Code, has had the debtor(s) examined at the 341 Meeting of Creditors, has examined the claims filed in the case, and has no objections to the confirmation of the debtor(s)' plan.

  Wherefore, the Trustee prays this Court for an Order confirming the Amended Plan Number One, and for all other relief this Court deems just and equitable.

 

**/s/Russell C. Simon**
RUSSELL C. SIMON
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL  62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

Dated: February 23, 2018

DW

## Certificate of Service

  I hereby certify that a true and correct copy of the above and foregoing Trustee's Recommendation to Confirm Amended Plan Number One was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Friday, February 23, 2018.

                                                   /s/ Danielle

James A Torti
Barbara A Torti
1006 Union Ave
Collinsville, IL  62234

WILLIAM A. MUELLER
5312 WEST MAIN ST.
BELLEVILLE, IL 62226